```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 22795
   THOMAS W BARNEY
   DEE B BARNEY                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0826     SSN XXX-XX-2723
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/08/05 and confirmed on 11/29/05.

   2.  The case was dismissed after confirmation, 07/20/2007.

   3.  The Debtor paid a total of $  33154.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE LENDERS NETWORK | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE LENDERS NETWORK | MORTGAGE ARRE | 2566.26 | .00 | 2566.26 |
| INTERNAL REVENUE SERVICE | SECURED | 51440.00 | .00 | 28850.88 |
| AMERICAN EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| APLM LTD | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF SYCAMORE TRAFFIC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 36298.61 | .00 | .00 |
| KISHWAUKEE COMMUNITY HOS | UNSECURED | 854.00 | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | 1763.58 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3160.87 | .00 | .00 |
| MICHAEL WHELAN | UNSECURED | NOT FILED | .00 | .00 |
| NANDRA FAMILY PRACTICE | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 51826.64 | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SIKICH LLP | UNSECURED | 994.44 | .00 | .00 |
| VALLEY IMAGING CONSULTAN | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 24.62 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | UNSECURED | 124.68 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2954.28 | .00 | .00 |
| B FIRST LLC | UNSECURED | 183.13 | .00 | .00 |
| DEPT OF HEALTH & HUMAN S | UNSECURED | 46665.77 | .00 | .00 |

         Summary of disbursements:
---
           SECURED      PRIORITY     UNSECURED      OTHER        TOTAL

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       54006.26       2978.90     141871.72          .00    198856.88
PRINCIPAL PAID           31417.14           .00          .00           .00     31417.14
INTEREST PAID                 .00           .00          .00           .00          .00
TOTAL PAID               31417.14           .00          .00           .00     31417.14
```
The Debtor's attorney, BRADLEY COVEY                , was allowed $   2200.00
and was paid $   1706.00  direct and $     494.00  through the plan.

The Trustee received $   1242.86 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 10/11/07                     /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE